UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20545-CR-LENARD

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

**ORDER RESETTING TRIAL DATE
AND MOTION FILING DEADLINE**

GUILLERMO SANCHEZ-BADIA,
et al.,

      Defendants.
_____/

THIS CAUSE came before the Court on defendants' Joint Unopposed Motion to Continue Trial, D.E. 29. After being fully advised in the premises, it is

ORDERED and ADJUDGED that the motion is granted. The Court finds that the ends of justice served by the continuance outweighs any interest of the public or the Defendant in a speedy trial, based on the continuity of counsel and the reasonable time needed for counsel to effectively prepare with all due diligence.

The trial of this cause will commence during the two-week trial period beginning **January 11, 2016**; calendar call will be held at **4:00 p.m. on January 6, 2016.** The deadline for the tendering of any guilty pleas is set for **Monday, January 4, 2016 by 4:00 PM**. *See, e.g., United States v. Gamboa*, 166 F.3d 1327, 1331 (11th Cir. 1999) (citing *United States v. Ellis*, 547 F.2d 863, 868 (5th Cir. 1977)). The deadline for filing pretrial motions is **November 2, 2015.** The defendants shall have **five (5) days** to file written waivers of speedy trial.

USA v. Sanchez-Badia, et al., 15-20545-CR-JAL

THE COURT FURTHER FINDS that the period of delay resulting from the granting of this continuance, to-wit : September 2, 2015 to and including the date trial commences shall be deemed excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

DONE and ORDERED at Miami, Florida this 3rd day of September, 2015.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE