# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA          CASE NO. 15-20545-CR-LENARD

**CHANGE OF PLEA MINUTES**

vs.

GUSTAVO J. GIRAL,
_____/

On February 26, 2016 the above named defendant appeared in person before the Honorable **Joan A. Lenard** United States District Judge, with counsel **Daniel Ecarius** appointed by the Court/retained by the defendant, and said defendant stated in open court that she desired to withdraw the plea of not guilty heretofore entered and desired to enter a plea of guilty as to counts 1, 2 and 9 of the indictment.

After the defendant was duly sworn, the Court made inquiry as to guilt. The Court being satisfied there was a factual basis for the plea, accepted the plea of guilty and found the defendant guilty as charged.   Whereupon:

( )   The Court Arraigned the defendant on the Second Superseding Information.

( )   The Court proceeded to pronounce sentence.   (See J&C)

(X)   The Court postponed sentencing   **May 13, 2016 at 2:30pm**

(X)   The defendant being allowed to remain on bond until sentencing.

( )   Modifications of Conditions of Release:

( )   The defendant being remanded to the custody of the U.S. Marshal until a _____ bond in the amount of $_____ is approved and posted.

( )   The defendant being remanded in open court to the custody of the U.S. Marshal awaiting sentencing.

| | |
|---|---|
| **Judge** **Joan A. Lenard** | **AUSA:**   **William Bowne, III** |
| **Court Reporter**   **Lisa Edwards** | **Interpreter:**  **English** |
| **Courtroom Deputy C. Hammond** | **Time:**   **2:30 p.m. – 4:15p.m.** |