UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20545-CR-LENARD

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

GUILLERMO A. SANCHEZ-BADIA,
ISABEL C. SANCHEZ,
      and
GUSTAVO J. GIRAL,

       Defendants.
_____/

## UNITED STATES' MOTION FOR ENTRY OF A FORFEITURE MONEY JUDGMENT

The United States of America moves for entry of a forfeiture money judgment against Guillermo A. Sanchez-Badia, Isabel C. Sanchez and Gustavo J. Giral (collectively the "Defendants"), pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1), and Fed. R. Crim.P.32.2(b)(2). In support thereof, the United States submits the following:

    1.    On January 16, 2015, Defendants were charged by way of Indictment with Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Section 1349 (Count 1), Wire Fraud, in violation of Title 18, United States Code, Section 1343 (Count 2), and Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h) (Count 9), amongst other charges. [ECF No. 3].

    2.    The Indictment further alleged that upon conviction of a violation of Title 18, United States Code, Section 1343 or 1349, the Defendants shall forfeit to the United States any

property, real or personal, which constitutes or is derived from proceeds traceable to said violations, pursuant to Title 18, United States Code, Section 981(a)(1)(C); and, the Indictment also provided that upon conviction of a violation of Title 18, United States Code, Section 1956, the Defendants shall forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1). The Indictment further provided as subject to forfeiture approximately $41,924,418.00, which represents the amount of money derived from the commission of the alleged wire fraud and money laundering offenses. [ECF No. 3].

3. On February 26, 2016 and March 21, 2016, the Defendants pled guilty to Counts 1, 2 and 9 of the Indictment. As part of their plea, the Defendants agreed to the entry of a forfeiture order in the amount of $41,924,418.00. [ECF Nos. 72, 74 and 84].

4. The entry of an order of forfeiture in the form of a personal money judgment against the defendant is specifically authorized by Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure. In fact, such orders of forfeiture are well-established. *See United States v. Conner*, 752 F.2d 566, 576 (11th Cir 1985). *See also United States v. Navarro-Ordas*, 770 F.2d 969 (11th Cir. 1985).

5. Moreover, Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

Further, once an order of forfeiture is entered, the United States may move at any time, pursuant to Rule 32.2(e)(1)(B) of the Federal Rules of Criminal Procedure, to amend that order to forfeit specific property belonging to the defendant or in which the defendant has an interest, in order to satisfy the money judgment.

**WHEREFORE**, based upon the foregoing, and the other matters of record in this proceeding, the United States requests the entry of the attached proposed forfeiture money judgment and for such other relief as this Court may deem just and proper.

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

/s/ *Michelle B. Alvarez*
Michelle B. Alvarez
Assistant United States Attorney
Florida Bar No. 615617
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Tel. (305) 961-9088
Fax. (305) 536-4089
Email: michelle.alvarez@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 19, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Michelle B. Alvarez*
MICHELLE B. ALVAREZ
Assistant United States Attorney