SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**JUDGE JOAN A. LENARD**

DEFENDANT:  GUSTAVO J. GIRAL

CASE NO.  15-20545-CR

Deputy Clerk:  P. Mitchell           DATE:  May 13, 2016
Court Reporter:  Robin Dispenzieri   USPO:   Demesha Edwards
AUSA:  William Bowne, Patrick Donley   Deft Counsel:  Daniel Ecarius
Interpreter:  none                   Time: 3:45pm-4:10pm

Sentencing cont'd until ___at_____ AM

JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Count(s) |
|---|---|---|---|
|  |  | 41 | 1,2 & 9 concurr |

**Supervised Release:** 3yrs ct 1,2,9    **Special Conditions:** financial disclosure, no new debt, self employment restriction, no factoring business or loans

**Motion for Upward Variance**: (Gvt)___ (Def)___ (grant) ___(denied)____
**Motion for Downward Departure** (Gvt)___ (Def)___ (grant) ___(denied)____

Probation

| Years | Months | Counts |
|---|---|---|
|  |  |  |
|  |  |  |

Assessment $ 300      Restitution $____ Fine $_____ Forfeiture included   x
        TBS

CUSTODY
____  Remanded to the Custody of the U.S. Marshal Service
____  Release on bond pending appeal
  x   Voluntary Surrender to (designated institution or U.S. Marshal Service)  6/13/16 @11am
____  Recommendation: