IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | NO. 15-CR-20545-JAL |
| Plaintiff, | § | |
| v. | § | |
| GUSTAVO A. GIRAL, | § | |
| Defendant. | § | |

## RESTITUTION AMOUNT STIPULATION

The United States Attorney, in and for the Southern District of Florida, and the Department of Justice, Criminal Division, Fraud Section ("the Government"), and the Defendant GUSTAVO A. GIRAL stipulate that the defendant is responsible to pay total restitution in the amount of $11,503,068 to be apportioned as follows:

| | |
|---|---|
| Euler Hermes Insurance | $1,848,433 |
| ExpoCredit | $  478,425 |
| The Factor Group | $7,224,567 |
| The Export Import Bank | $1,951,643. |

1

Date: 7/5/16

GUSTAVO A. GIRAL
Defendant

Date: 9/19/16

DANIEL ECARIUS, ESQ.
Attorney for the Defendant

Date: 6/21/16

WILLIAM H. BOWNE
Trial Attorney
Florida Bar # A5501472
PATRICK M. DONLEY
Senior Ligation Counsel
Florida Bar # A5501108
Fraud Section, Criminal Division
United States Department of Justice