**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 15-20545-CR-LENARD

**UNITED STATES OF AMERICA,**

    v.

**GUSTAVO A. GIRAL,**

    **Defendant.**

_____/

**<u>UNITED STATES' UNOPPOSED MOTION TO AMEND JUDGMENT</u>**

The United States, by and through the undersigned Trial Attorney, hereby files this motion respectfully requesting an order in the above-captioned case amending the judgment of the defendant Gustavo A. Giral, to include a restitution amount of $11,503,068 to be apportioned as detailed in the Restitution Stipulation. (ECF No. 122.) As grounds in support of the United States' request, undersigned counsel states as follows:

1. On July 16, 2015, the United States charged the defendant in an indictment, among other counts, with counts of conspiracy to commit wire fraud (18 U.S.C. § 1349), wire fraud (18 U.S.C. § 1343), conspiracy to commit money laundering (18 U.S.C. § 1956), and money laundering (18 U.S.C. § 1956). Defendant, along with other co-conspirators, was charged for his involvement in a scheme to unlawfully enrich himself by defrauding two private lenders, The Factor Group and Expo Credit, as well as the Export-Import Bank (EXIM), an agency of the United States government that promotes the export of U.S. goods to foreign buyers through the guarantee of domestic loans funding the purchase.

2. On February 26, 2016, the defendant pled guilty to one count of conspiracy to commit

1

wire fraud, one count of wire fraud, and one count of conspiracy to commit money laundering. The defendant admitted in the plea agreement and factual proffer to his involvement in the fraudulent scheme and agreed to pay restitution in the amount of $11,503,068.  (ECF No. 74 at ¶ 3.)

3. On May 13, 2016, this Court sentenced the defendant to 41 months in prison followed by three years of supervised release.  (ECF No. 111.)  This Court set a restitution hearing date for June 27, 2016.

4. On June 23, 2016, this Court cancelled the restitution hearing.  (ECF No. 121.)  On September 19, 2016, the government and defense filed a joint stipulation on restitution agreeing that the defendant owed $11,503,068 in restitution to the parties listed in the stipulation.  (ECF No. 122.)

5. The undersigned has conferred with counsel for the defendant, and he indicated that he does not oppose the relief requested in the motion.

WHEREFORE, the United States respectfully requests that the Court issue an order amending the judgment of the defendant to include an order of restitution in the amount of $11,503,068 to be paid to the parties listed in the Restitution Stipulation.

Respectfully submitted,

JOSEPH S. BEEMSTERBOER
ACTING CHIEF
CRIMINAL DIVISION, FRAUD SECTION
U.S. DEPARTMENT OF JUSTICE

By: /s/ Laura Connelly
LAURA CONNELLY
Florida Special Bar No. A5502649
Trial Attorney
Fraud Section, Criminal Division
United States Department of Justice

1400 New York Ave. NW
Washington, DC 20005
Telephone: (202) 307-1423

Date: January 24, 2022

## CERTIFICATE OF SERVICE

I, Laura Connelly, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

> By: /s/ Laura Connelly
> LAURA CONNELLY
> Florida Special Bar No. A5502649
> Trial Attorney
> Fraud Section, Criminal Division
> United States Department of Justice
> 1400 New York Ave. NW
> Washington, DC 20005
> Telephone: (202) 307-1423

Date: January 24, 2022